# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOEL R. PEDELAHORE | CIVIL ACTION |
| VERSUS | NO. 07-5473 |
| BURL CAIN, WARDEN | SECTION "N" (6) |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections filed by the plaintiff on July 2, 2009 to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Joel R. Pedelahore for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 13th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE